**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-6727**

———————————

CLINTON BROOKS,

Plaintiff - Appellant,

versus

DOCTOR SMITH; JOHN HAIGWOOD; EVERETTE PYE;
DEBBIE KEITH,

Defendants - Appellees,

and

ROBERT PHILLIPS; JOHN DOE, II; JOHN DOE, III,

Defendants.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge. (CA-93-123-5-F)

———————————

Submitted: March 5, 1996          Decided: July 24, 1996

———————————

Before HALL, NIEMEYER, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Clinton Brooks, Appellant Pro Se. Jane Ray Garvey, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Brooks v. Smith, No. CA-93-123-5-F (E.D.N.C. Apr. 26, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3